# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

**NICOLE ATTEROLE**

v. 2:26-cv-1711-NPM

**COMMISSIONER OF SOCIAL SECURITY**

---

## ORDER

We hereby **GRANT** the Commissioner's unopposed motion for entry of judgment with remand (Doc. 17). Pursuant to sentence four of 42 U.S.C. § 405(g), the decision of the Commissioner is reversed, and this case is remanded to the Commissioner for further administrative proceedings. If Plaintiff prevails in this action on remand, Plaintiff must comply with the order (Doc. 1) entered on November 14, 2012, in Misc. No. 6:12-mc-124-Orl-22. The clerk is **directed** to enter judgment, terminate all scheduled events, and close the case.

**ORDERED** on November 19, 2026

NICHOLAS P. MIZELL
United States Magistrate Judge